UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
FRESH MEADOWS FOOD SERVICES, LLC
and THOMAS J. CLARKE,

               Plaintiffs,                    <u>ORDER</u>
                                                         04-CV-4767
  - against -                                          (NG) (RLM)

RB 175 CORP., RAPHY BENAIM and TOVIT
BENAIM,

               Defendants.
-------------------------------------------------------------------x
GERSHON, United States District Judge:

       This Court is in receipt of the letter from Marvin E. Kramer, dated November 4, 2005, seeking to withdraw his motion requesting that the law firm of Marvin E. Kramer Associates, P.C. be relieved as attorneys for defendants, RB 175 Corp., Raphy Benaim and Tovit Benaim.

       That motion is hereby deemed withdrawn.


                                                             SO ORDERED.

                                                             /s/ *Nina Gershon*
                                                            **NINA GERSHON**
                                                            **United States District Judge**

Dated:        **Brooklyn, New York**
                 **November 18, 2005**