**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
**FRESH MEADOWS FOOD SERVICES,**
**LLC and THOMAS J. CLARKE,**

                  **Plaintiffs,**                                         **ORDER**
                                                                             04-CV-4767 (NG) (RLM)
      **-against-**

**RB 175 CORP., RAPHY BENAIM and**
**TOVIT BENAIM,**

                  **Defendants.**
------------------------------------------------------------x

**GERSHON, United States District Judge:**

On September 27, 2006, plaintiffs submitted a letter to the court requesting a pre-motion conference to request permission to file (1) a motion for reconsideration or reargument of the court's Opinion and Order dated September 25, 2006 granting defendants' motion to dismiss the Amended Complaint; and (2) a motion to file a supplemental complaint pursuant to Rule 15(d) of the Federal Rules of Civil Procedure. Plaintiffs' request to file their motions is granted without a pre-motion conference. Plaintiffs must file and serve the motions by October 16, 2006. Since the attorney for defendants is deceased, and his law firm has been relieved as counsel, plaintiffs are directed to serve the motions on defendants at 19 Hillside Avenue, Great Neck, New York 11021. Upon review of plaintiffs' motions, the court will determine whether a response from defendants will be required.

                                                                              **SO ORDERED.**

                                                           */s/ Nina Gershon*
                                                          **NINA GERSHON**
                                                          **United States District Judge**

Dated: October 5, 2006
        Brooklyn, New York